**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER  DENYING EN BANC RECONSIDERATION

Appellate case name:     Ted L. Robertson v. Urita Emanuel-Johnson

Appellate case number:   01-20-00198-CV

Trial court case number:  2019-28369

Trial court:              247th District Court of Harris County


       The panel and the rest of the en banc court having voted unanimously, Ted L. Robertson's motion for en banc reconsideration is **denied**.


Justice's signature:  /s/ Gordon Goodman
                    Acting for the Court


Before: Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris. Panel consists of Justices Goodman, Landau, and Countiss.


Date:  March 10, 2022